UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
April 28, 2015
CCO-063

Nos. 15-1455, 15-1468 & 15-1532

IN RE: BABY PRODUCTS ANTITRUST LITIGATION
Kim Morrison,
Appellant in 15-1455

Clak Hampe,
Appellant in 15-1468

Allison Lederer,
Appellant in 15-1532

(E.D. Pa. Nos. 2-09-cv-06151 & 2-06-cv-00242)

Present: FUENTES, GREENAWAY, Jr. and VANASKIE Circuit Judges

1. Motion by Appellees for Partial Summary Affirmance;

2. Response by Appellant in Opposition to Motion for Partial Summary Affirmance and Cross-Motion for Sanctions Under 28 U.S.C. 1927;

3. Reply by Appellees In Support of Motion for Partial Summary Affirmance and Opposition to Appellant's Cross-Motion for Sanctions;

4. Response by Appellants Clark Hampe In Support of Cross- Motion for Sanctions.

Respectfully,
Clerk/pdb

_____ORDER_____
The foregoing motions are referred to the merits panel.

By the Court,

s/ Thomas I. Vanaskie
Circuit Judge

Dated: June 25, 2015
PDB/cc: All Counsel of Record