# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

15-1455

In Re: Baby Products Antitrust, et al, et al

2-06-cv-00242

# O R D E R

The Court has received the Brief and Appendix Volumes I and II from **Appellant Kim Morrison**.

**The appendix does not comply with the following Court requirements:**

<u>Form of Appendix- The following aspect(s) of the appendix is/are noncompliant:</u>

**.** Appendix Volumes I & II were filed in the same event as the opening brief

<u>Action Required Regarding Form of Appendix</u>

In order to cure errors with respect to FORM, **Kim Morrison** must re-file appendix volumes I & II in electronic format using the non-criminal appendix event. The previous filings will be removed from the opening brief event once they are filed separately. Appendix volumes I & II should only be filed in 15-1455 unless it is in fact a "JOINT" appendix.

This Order does not change the deadline for filing the next brief.

**Counsel or the party(ies) must correct the above listed deficiencies by 08/13/2015. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  8/7/2015

**EMA/cc:**      **Steve W. Berman, Esq.**
            **Thomas H. Burt, Esq.**
            **William G. Caldes, Esq.**

**Elizabeth A. Fegan, Esq.**
**Carolyn M. Hazard, Esq.**
**Fred T. Isquith, Esq.**
**David R. Martin, Esq.**
**Kendall Millard, Esq.**
**Melissa I. Rubenstein, Esq.**
**Anthony D. Shapiro, Esq.**
**Richard H. Silberberg, Esq.**
**Eugene A. Spector, Esq.**
**Jeffrey L. Spector, Esq.**
**Marguerite M. Sullivan, Esq.**
**Ivy A. Tabbara, Esq.**
**Brent F. Vullings, Esq.**
**Mark L. Weyman, Esq.**
**Margaret M. Zwisler, Esq.**

**For questions please call 267-299-4941, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**